# NO. 12-23-00216-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,* | § | *ORIGINAL PROCEEDING* |
| | § | |
| *RELATOR* | | |

## MEMORANDUM OPINION
### PER CURIAM

State Automobile Mutual Insurance Company filed this original proceeding to challenge Respondent's order denying its motion to quash the deposition of a corporate representative.[1] Relator filed an unopposed motion to dismiss this proceeding on grounds that the parties reached an agreement concerning the subject of the mandamus petition. Accordingly, we ***grant*** the motion and ***dismiss*** the petition for writ of mandamus. *See* TEX. R. APP. P. 42.1. In accordance with the agreement, costs are taxed against the party incurring same. We ***lift*** our stay of August 23, 2023.

Opinion delivered September 29, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Steven Kirkland, sitting by assignment in the 145th Judicial District Court of Nacogdoches County, Texas. Kyle Doss is the Real Party in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 29, 2023**

**NO. 12-23-00216-CV**

**STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,**
Relator
V.
**HON. JUDGE STEVEN KIRKLAND,**
Respondent

---

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the unopposed motion to dismiss the petition for writ of mandamus filed by State Automobile Mutual Insurance Company; who is the relator in appellate cause number 12-23-00216-CV and the defendant in trial court cause number C2237672, pending on the docket of the 145th Judicial District Court of Nacogdoches County, Texas. Said petition for writ of mandamus having been filed herein on August 22, 2023, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said unopposed motion to dismiss the petition for writ of mandamus be, and the same is, **granted** and this proceeding is **dismissed**. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*